### CHARLES McMILLAN *against* JOHN HALL.

#### IN ERROR.

A defendant who appeals from a judgment of a justice, and obtains a general verdict in his favour, is entitled to recover costs from the plaintiff, although he gave evidence to the jury which he did not give to the justice.

WRIT of error to *Allegheny* county.

The plaintiff in error was the plaintiff below; he instituted his suit before a justice of the peace and obtained a judgment against *Hall* for $34, from which the defendant appealed. The cause was afterwards tried in Court, and a verdict rendered for the defendant. The plaintiff asked the Court to enter judgment without costs, on the ground that the defendant had given evidence to the jury which he had not given to the justice. The fact established on the hearing of that motion was, that a witness had been sworn and gave evidence to the jury, who had also been offered as a witness before the justice, but rejected by him on the ground of interest.

The Court below entered judgment for the defendant, with costs. The plaintiff sued out this writ of error, which was argued by *Fetterman* and *Watson* for plaintiff in error, and *Burke* contra.

Judgment affirmed.